*In re* **BREEN**, Thomas Matthew (MR 18100)
Addison, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and

586

Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is allowed. Respondent Thomas Matthew Breen is suspended from the practice of law for one year. Respondent Thomas Matthew Breen shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.